# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN FERNANDEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76741

KEVIN FERNANDEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76742

KEVIN FERNANDEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76743

FILED

MAY 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

These are consolidated pro se appeals from district court orders denying a motion to modify sentence filed in three district court cases.[1] Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant requested that his sentences be modified to run concurrently because he had learned from his mistakes.[2] We conclude that the district court did not err in denying the July 25, 2018, motion because appellant failed to allege or demonstrate the sentencing court relied on

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). These appeals therefore have been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

[2]In his brief, appellant makes several arguments related to the charging documents and the bond amount. These arguments were not raised in the motion filed below, and thus, we decline to consider them.

mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Robert W. Lane, District Judge
     Kevin Fernandez
     Attorney General/Carson City
     Nye County District Attorney
     Nye County Clerk